RE: Marcos A. & Sumi Maceda    ☐ PRO SE    Case # 14-12855 LMI

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Corp 2011 2012 2013
X  Bank Account Statements ☐ 3 months pre-petition
#2322 / 9277 (11/5/13 - 11/6)

___ Check copy _____

_____ Payoff : Vehicles

___ FMV and Payoff : Real Estate

___ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments
___ Profit and loss and Balance Sheet
___ Bank statements and all checks _____ months

___ Photo ID(s)   ☐ LF 90   ☐ LF67   ☐ LF10
___ Domestic Support Info: name address and phone
___ Affidavits of _____ support _____ rent
___ Missing ☐ 2016(B) ☐ Other _____
___ Other provisions   ☐ 100% ☐ lawsuit ☐ lease
                       ☐ gambling ☐ HAMP ☐ LMM
___ Plan does not fund
___ Calculation errors/improper months _____
X  Valuation motion        ☐ not resolved
___ LMM motion   ☐ not filed  DE # 25/28
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or filed POC

___ Object or Conform to Proof of Claim
    ___ Miami-Dade County    ___ Tax Certificate(DE#___)
    ___ Dept of Revenue      ___ IRS

___ Fee application (see court guideline 6)
___ Income understated _____ stubs _____ taxes
    co-debtor _____ stubs _____ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address) and income of all adults
___ Best effort < 36 months
X  Expenses objectionable: Sch J ☐ Provide Proof
   6 ($240/m cell) - reduce to basic
___ D/I >100% <90% Feasibility
___ Info on transfer SOFA #3 #10 undisclosed
    ___ Tolling Agreement(s)

___ Objection to Exemption (specifics to be filed)
    To be heard with confirmation at 1:30 pm

___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line

___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $_____
___ Undervalued collateral should be crammed down

Other: __

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

***IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.***
*The debtor or debtor's attorney must appear at the confirmation hearing*
***The Trustee's recommendation for the confirmation hearing on **May 6, 2014** is as follows:

Continue to 6/3
**14-12855**
For 6/3 calendar, the following docs must be received by 5PM on 5/15 to avoid dismissal: a) bank stmts #2322/9277 (11/5-11/6), b) amend Sch J to reduce cell phone to basic

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by,
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402