# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### Second Amended Plan

DEBTOR: Marcos Maceda          JOINT DEBTOR: Suni Maceda          CASE NO.: 14-12855-LMI
Last Four Digits of SS# 4185          Last Four Digits of SS# 7962

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 340.00 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650+ $775+ $775=$5,200 TOTAL PAID $ 1,500 Balance Due
    $ 3,700 payable $ 185.00/month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None    Arrearage on Petition Date  $
Address:    Arrears Payment        $_____/month (Months _____ to _____)
    Regular Payment        $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Home Loans<br>Account No: xxxx2699 | 3295 West 9 Avenue, Hialeah, FL 33012<br>$182,000 | 0% | $0.00 | n/a | Strip |
| Bank of America<br>Account No: xxxx3394 | $3295 West 9 Avenue<br>Hialeah, FL 33012<br>$182,000 | 0% | $0.00 | n/a | Strip |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due  $_____
    Payable    $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 121.00 /month (Months 1 to 20) and Pay $ 306.00 /month (Months 21 to 60) .

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors BMW, Chase Bank Account No: xxxx2972 Chase Bank Account No: xxxx9571, Bank of America Account No: xxxx4999 and LM Quality Management Services and will continue to pay directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq                                                /s/ Robert Sanchez, Esq.
Attorney for the Debtor                                               Attorney for the Joint Debtor
Date: 05/12/2014                                                       Date: 05/12/2014

LF-31 (rev. 01/08/10)