## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                          Case No. 14-12855-LMI

                                                Chapter : 13

Marcos A Maceda and
Suni Maceda
        Debtors.
_____/

## MOTION TO ALLOW DEBTORS TO INCUR NEW DEBT

**COME NOW** the Debtors, Marcos A Maceda and Suni Maceda, by and through the undersigned counsel, and file this Motion to Allow Debtors to Incur New Debt and state:

1. The Debtors are before this Honorable Court by virtue of a Chapter 13 Bankruptcy filed on February 5, 2014.

2. An Order confirming the Second Amended Chapter 13 Plan was entered on June 10, 2014.

3. The Debtors wish to purchase a vehicle with a purchase price of $38,613.00 after trading in their existing 2010 vehicle.

4. The purchase of the vehicle is necessary because the Debtor's 2010 vehicle is having mechanical problems.

5. The Debtors obtained a pre-approval for financing that is attached to this motion as Exhibit "A."

6. The Joint Debtor's brother will provide the down payment of $3,000.

**WHEREFORE** the Debtors pray that this Honourable Court enter an order granting and approving the Debtors' Motion to Allow Debtors to Incur New Debt.

### CERTIFICATE OF ADMISSION

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: June 16, 2015

                        Respectfully submitted,
                        Robert Sanchez, Esq.
                        355 West 49th Street
                        Hialeah, FL 33012
                        Tel. (305)-687-8008
                        By:___/s/ Robert Sanchez_____
                        Robert Sanchez, Esquire
                        FBN#0442161