LAUDERDALE BMW OF PEMBROKE PINES　　　　　　　　　　　　　　Date: 6/11/2015

**Name**
Mr Suni Maceda

**Address**

**Home Telephone**　　　　**Business Telephone**　　　　**E-Mail**

**Vehicle**
2013 BMW 5 SERIES 135A 4dr Sdn 528i

| Stock No. | VIN | Color | Odometer |
|---|---|---|---|
| DD228651 | WBAXG5C53DD228651 | White | 34397 |

**Options**

| Option A - Base Retail Payments | | | RETAIL | |
|---|---|---|---|---|
| | | Down Payment | Selling Price | $34,995.00 |
| Term / Lender | | $3,000.00 | | |
| 60 MO / (U)BMW<br>Standard,South Market 3 Region,Sales Support,FCPP | | $624.85<br>1.90% APR | Options | $0.00 |
| 72 MO / (U)BMW<br>Standard,South Market 3 Region,Sales Support,FCPP | | $541.40<br>2.90% APR | Sub-Total | $34,995.00 |
| **Option B - Base Balloon Payments** | | | *Fees | $949.00 |
| | | Out Of Pocket | | |
| Term / Lender | | $3,000.00 | **SalesTax | $1,361.64 |
| 48 MO / (U)BMW Slct Bln / 15K<br>Standard,South Market 3 Region,Sales Support,FCPP | | $474.25<br>0.90% APR | Trade Allowance | $13,000.00 |
| | | | Trade Payoff | $14,307.36 |
| | | | Net Sales Price | **$38,613.00** |

\* Fees include: Doc Fee $699.00, Registration $250.00
\*\*County Discretionary Surtax 0.0000%, Finance Tax 6.0000%, Service Tax 6.0000%, Service Tax (County) 0.0000%

Retail payments are an estimate and may vary among lending institutions.  Tax rules may vary per state.  The final terms of your loan may differ depending on the actual terms of the financial institution's acceptance and are negotiable.  Retail Net Sales Price is based on 0 down payment.
This quote is valid until: 6/11/2015

Thursday, June 11, 2015 7:11:30 PM

| CUSTOMER DISCLOSURE |
|---|

Customer Name: Suni Maceda    WD Deal ID: 42260

Sale Vehicle: Used 2013 BMW 5 SERIES 135A 4dr Sdn 528i Odom: 34,397 , Stock No: DD228651
Trade 1:    2010 BMW 5-Series
            VIN: WBANU5C5XAC128838    Color: Gray    Odometer: 61032

### Payment Details
| | |
|---|---:|
| Term | 48 |
| Base Payment | 474.25 |
| Total Payment | 474.25 |
| Purchase Option | 13,893.70 |
| MSRP | 0.00 |
| Est. Miles Per Year | 15,000 |
| Excess Mileage Charge | 0.20 |

### Amount Due at Signing
| | |
|---|---:|
| Cap Reduction (Cash) | 3,000.00 |
| **Total Inception Fees** | **3,000.00** |

### Tax Information
Customer State: Florida    Customer County: BROWARD

| Type | Amount | Rate | Paid |
|---|---:|---:|---|
| Balloon Finance Tax | 1,376.64 | 6.0000 | Financed |

### Fee Information
| Description | Amount | Paid |
|---|---:|---|
| FL Doc Stamp | 125.30 | Financed |
| Doc Fee | 699.00 | Financed |
| Registration | 250.00 | Financed |