

ORDERED in the Southern District of Florida on July 14, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| Marcos A Maceda and<br>Suni Maceda | Case No. 14-12855-LMI<br>Chapter : 13 |
|     Debtors.<br>_____/ | |

### ORDER GRANTING MOTION TO ALLOW DEBTORS TO INCUR NEW DEBT

**THIS MATTER** having come to be heard on this 7th day of July, 2015 upon Debtors' Motion to Allow Debtors to Incur New Debt, IT IS;

**ORDERED AND ADJUDGED:**

1.  Debtors' Motion to Allow Debtors to Incur New Debt is GRANTED.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.