UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

In re:
Suni Maceda &
Marcos A. Maceda,
        Debtors.

CHAPTER 13
CASE NO. 14-12855-LMI

NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Creditor, Altair OH XIII, LLC, hereby withdraws its Proof of Claim 5-1, filed on April 4, 2014 in the above-referenced bankruptcy proceeding.

DATED:   November 23, 2016

**Weinstein & Riley, P.S.**

/s/ Anthony D. Colunga
Anthony D. Colunga (Bar No. 0100202)
Weinstein & Riley, P.S.
2001 Western Ave., Suite 400
Seattle, WA 98121
Phone: 206-269-3490
Fax: 206-269-3493
Email: AnthonyC@w-legal.com
Attorney for Altair OH XIII, LLC

CERTIFICATE OF SERVICE

I, Hailey Doty, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the Notice of Withdrawal of Proof of Claim was served on the following parties by electronic service via the Court's ECF filing system or by first class mail, postage pre-paid on November 23, 2016.

Trustee:
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee:
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Debtors:
Suni Maceda
Marcos A Maceda
3295 W 9th Avenue
Hialeah, FL 33012-5009
MIAMI-DADE-FL

Debtor's Counsel:
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Dated: August 17, 2016

/s/ Hailey Doty
Hailey Doty
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Legal Assistant to Anthony D. Colunga, Attorney for Altair OH XIII, LLC