UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 14-12855-LMI
        Marcos A Maceda
        Suni  Maceda
                Debtor(s).                          Chapter 13
_____/

### MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file

this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1.      On February  5, 2014 the instant case was filed.

2.      On June 10, 2014 Debtors' Second Amended Chapter 13 plan was

        confirmed.

3.      In said plan, the Debtors were paying total unsecured claims of

        $14,660.00, but the timely allowed unsecured claims are less at

        $12,420.27.

4.      The deadline for filing claims has now passed and Debtors wish to modify

        their plan to provide for said payment to all of the allowed unsecured

        creditors.

5.      The Debtors wish to pay 100% of all allowed unsecured claims.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an

Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on December 12, 2016:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
      Robert Sanchez, Esq., FBN#0442161